Dear Sharon Keller

Thank you for helping me. Thank you for the kind conversation. I like that. Please don't forget about me. Thank you so much

James D Jefferson Shedden
President of the United States of America

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 06 2015

Abel Acosta. Clerk